**In the United States Bankruptcy Court
for the Western District of Missouri,
Southern Division**

| | |
|---|---|
| In re ) | |
| ) | |
| Debra J. Rose ) | Case No. 03-62838 |
| ) | |
|     Debtor ) | |
| ) | |
| Old Missouri National Bank ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|   v. ) | Adv. No. 04-6024 |
| ) | |
| Debra J. Rose ) | |
| ) | |
|     Defendant ) | |

**Stipulation for Dismissal of Case**

    Comes now the undersigned parties, each through their respective counsel of record and hereby enter into the following stipulation:

    1.    On November 14, 2003 Debtor filed her petition for relief under Chapter 7 of Title 11 and relief was granted.

    2.    Plaintiff timely filed an objection to Debtor's discharge alleging a violation of §523(a)(2)(A).

    3.    Debtor denies the allegations set forth in Plaintiff's Complaint.

    4.    Notwithstanding the allegations set forth in the Complaint and the denials thereof, the parties have agreed to compromise and settle their differences as follows:

    a.    Debtor will pay to Plaintiff the sum of $3,000.00 and court costs of $155.00 upon court approval of this stipulation; counsel for Debtor has in his possession a Cashiers Check in said sum and will deliver the same to counsel for Plaintiff upon receipt of the court's approval of this Stipulation;

    b.    Debtor will pay $100.00 for a 15 month period commencing the month following court approval of this Stipulation through the office of counsel for Plaintiff at the address set forth below; payments are due by the 1st of the month, and shall be made no later than the 10th of the month;

    c.    Debtor shall execute a Consent to Judgment in the pending case of <u>Old Missouri National Bank v. Debra J. Rose</u>, Case No. 303AC5638, Associate Circuit Court, Greene County, Missouri, in the full sum prayed for in this action, $8,812.50;

    d.    In the event Debtor is successful in making the payments contemplated by this Stipulation, Plaintiff shall dismiss with

   prejudice the aforesaid suit pending in the Associate Circuit Court of Greene County, Missouri;

 e. In the event Debtor fails to make the payments called for herein, Plaintiff may file the Consent to Judgment in the Greene County action in the sum of $8,812.50 along with a partial satisfaction of judgment showing the amounts to be credited against the judgment, and Plaintiff may proceed to collect with interest the balance due pursuant to the judgment.

 5. The parties agree that the court may enter an EPO order approving the terms of this Stipulation.

**Wherefore** the parties pray that the court approve the Stipulation as set forth above and for such further and additional relief as the court deems just and proper under the circumstances.

So agreed:

Old Missouri Nation Bank


by:_____


_____
Debra J. Rose


Agreed as to form and content:


| /s/Raymond I. Plaster | Moon, Plaster & Sweere, LLP |
|---|---|
| Raymond I. Plaster | 3275 E. Ridgeview, Suite C |
| Attorney for Debtor | Springfield, Missouri 65804 |
| Missouri Bar No. 35485 | Phone: (417) 862-3704 |
| | Fax: (417) 862-1936 |
| | RIPlaster@MPSAttorneys.com |
| | |
| /s/David L. Wieland | David L. Wieland, LLC |
| David L. Wieland | 2139 E. Primrose, Suite E |
| Attorney for Plaintiff | Springfield, Missouri 65804 |
| Missouri Bar No. 29041 | Phone: (417) 447-2222 |
| | Fax: (417) 447-1213 |
| | DLW@Wielandlaw.com |